PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE __Southern__ DISTRICT OF TEXAS
## __Houston__ DIVISION

__Carlos Lamar Smith #02397887__
Plaintiff's Name and ID Number

__Reynaldo V. Lopez Unit__
Place of Confinement

CASE NO. _____
Jury Trial Requested (Clerk will assign the number)

v. __Bryan Collier - Executive Director, P.O. Box 99, Huntsville, TX 77342__
__Felipe Gonzalez Jr. - Warden, 1203 El Cibolo Rd., Edinburg, TX 78542__
Defendant's Name and Address
__R. Vela - Senior Chaplain__
__1203 El Cibolo Rd., Edinburg, TX 78542__
Defendant's Name and Address
__C.F. Hazelwood - Director of Religious Services, P.O. Box 99, Huntsville, TX 77342__
__Casey Celum - Regional Director Chaplain, P.O. Box 99, Huntsville, TX 77342__
Defendant's Name and Address
( DO NOT USE "ET AL.")
__In Their Individual and Official Capacity__

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas **Department** of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? __X__ YES ___ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: 2006
      2. Parties to previous lawsuit:
         Plaintiff(s) Carlos Lamar Smith
         Defendant(s) Kissimmee Police Dept
      3. Court: (If federal, name the district; if state, name the county.) U.S. Dist. Court - Middle/Orlando
      4. Cause number: Don't Know
      5. Name of judge to whom case was assigned: Can't remember
      6. Disposition: (Was the case dismissed, appealed, still pending?) Dismissed
      7. Approximate date of disposition: Don't Know (2008?)

Rev. 05/15

I. PREVIOUS LAWSUITS:

A. I have filed other lawsuits in Federal Court relating to my imprisonment

1. Approximate date of filing lawsuit: 2008
2. PARTIES TO PREVIOUS LAWSUIT:
   Plaintiff: Carlos Lamar Smith
   Defendant: Joyce Peach, - Osceola County, FL Jail warden
3. COURT: U.S. District Court Middle/Orlando
4. CAUSE No.: Can't Remember
5. Name of Judge: Can't remember
6. Disposition: Dismissed/Appealed
7. Approximate date of disposition 2008

B. I also did a Name change for religious purposes petition in Florida U.S. Federal District court and appealed it in 2012. I don't have the information though. It was Dismissed I believe in 2013.

II. PLACE OF PRESENT CONFINEMENT: Reynaldo V. Lopez Unit 1203 El Cibolo Rd., Edinburg, TX 78542

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✗ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Carlos Lamar Smith #02397887 Reynaldo V. Lopez Unit, 1203 El Cibolo Rd, Edinburg, TX 78542

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Bryan Collier, Executive Director of TDCJ (Texas Dept. of Criminal Justice) P.O. Box 99, Huntsville, TX 77342

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failed to uphold, carry out and obey TDCJ policies and U.S. Const.

Defendant #2: Ramos Vela, Senior Chaplain at Reynaldo V. Lopez Unit, (TDCJ), 1203 El Cibolo Rd. Edinburg, TX 78542

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Failed to uphold, carry out and obey TDCJ policies and U.S. Constitution

Defendant #3: Felipe Gonzalez Jr., - Warden, 1203 El Cibolo Rd., Edinburg, TX 78542

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Failed to uphold, carry out and obey TDCJ policies and U.S. Const.

Defendant #4: Casey Celum - Regional Chaplain, P.O. Box 99 Huntsville, TX 77342

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failed to uphold, carry out and obey TDCJ policies and U.S. Constitution

Defendant #5: C.F. Hazelwood - Director of Religious Services P.O. Box 99 Huntsville, TX 77342

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failed to uphold, carry out and obey TDCJ policies and U.S. Constitution

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. I attempted to formally resolve this matter by exhausting the grievance procedure to no avail, I find the defendant's responses totally unacceptable, avoids the issues and facts at hand, and further appeal for equal opportunity and fair treatment. The House of Yahweh, P.O. Box 2498, Abilene, TX 79604; Ph.: (325) 893-5899, E-mail: info@yahweh.com, website: www.yahweh.com group, is a bonafide religious organization that is recognized by TDCJ on the SSNO/mainframe screen under "Yahwist or other faith category, (Not sabbattarian, which is christian)no

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. The remedy would be to allow The House of Yahweh faith group inmates to be added to the TDCJ religious program calendar of events, whenever requested to do so, and to be

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Carlos Lamar Smith

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
02397887 (TX) T59V88 (FL)

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied?  N/A ____YES ____NO

Rev. 05/15

4

(cont. from)

**V. STATEMENT OF CLAIM:**

offense, as well as recognized by the I.R.S. and Texas/U.S. Constitutions, with all rights and privileges inherent within. I'm a black Jew in The House of Yahweh. I'm not a Sabbattarian, but the defendants are trying to force me to go to their services instead of giving me lay-ins to go to my own religious preference faith group. One of the most important doctrines of The House of Yahweh is obedience to our heavenly father and creator, whose name is Yahweh, as any Bible Dictionary will show. From Genesis to Revelations one would find that The House of Yahweh today, just as in the ancient of days, keeps the dietary laws (Kosher diet) found in Leviticus Ch. 11, observe the 7th day (saturday) Sabbath (Ex. 31:13), we wear the holy linen garments (Kippah and Tallit with Tzitzits) (headscarf for women) and observe the Feast days and New Moon days (Lev. 23)(Isa. 66:23). The House of Yahweh is actually the original or Lost faith of the Patriarchs, Prophets, Apostles of Yahshua Messiah, and all the holy men, women and children of old found in the bible. Or better yet, "The Book of Yahweh." So if anyone should be given space and time to practice in prison it should definitely be The House of Yahweh. This is where it all began at in the garden of eden. But anyway, the problem is that, the defendants is showing deliberate indifference and hating and discriminating The House of Yahweh inmates, in violation of TDCJ policies and procedures and Texas/U.S. constitutional amendment rights by illegally and with no legitimate penological reason

(6)

(continue)

## V. STATEMENT OF CLAIM:

denying us to be added to TDCJ religious program calendar of events on our holy days and refuse to give us lay-ins so we can meet in the chapel or elsewhere on the compound with access to the MP3-DVD player/monitor so we can watch our teachers video sermon presentations, in the same manner as every other religious faith groups are being allowed to do. The plantiff was even tricked and deceived into changing his title to "Messianic Jewish", expecting to be accommodated doing it that way, but was still denied to do anything. Now plantiff can't even change his religious preference back to The House of Yahweh for a year unless this honorable court intervenes.

(b)

## VI. RELIEF

The House of Yahweh inmates/lay-ins in order to be called out to have time and space in the chapel, or elsewhere on the compound on our set, appointed holy days and significant times of worship and rest with access to the MP3-DVD player/monitor to watch our teachers video sermon presentations, to be able to order and wear the linen holy garments (Kippah and Tallit with Tzitzits) (headscarfs for women) as designed by The House of Yahweh only, to be re-assigned to a Kosher diet unit and issue a temporary or permanent preliminary injunction and restraining order against defendants to stop descriminating and mistreating The House of Yahweh inmates. Or else let The House of Yahweh inmates go to The House of Yahweh in Abilene, TX to keep the feasts, New Moons and Sabbath days holy.

u (c)

C. Has any court ever warned or notified you that sanctions could be imposed?   ___ YES  ☒ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date warning was issued: N/A

Executed on: 1-26-23
            DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this   26Th   day of   January  , 20 23 .
             (Day)              (month)       (year)

_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

Carlos Lamar Smith #02397887
Reynaldo V. Lopez Unit
1203 EL Cibolo Rd.
Edinburg, TX 78542



United States Courts
Southern District of Texas
FILED

FEB 01 2023

Nathan Ochsner, Clerk of Court

The Honorable Clerk of Court
U.S. District Courthouse
P.O. Box 61010
Huntsville, TX 77208

"Legal Mail"