IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS LAMAR SMITH, TDCJ-CID #02397887, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. H-23-0357 |
| BRYAN COLLIER, *et al.*, | § § | |
| *Defendants.* | § § | |

## ORDER OF DISMISSAL

Plaintiff, a state inmate proceeding *pro se*, filed a complaint under 42 U.S.C.§ 1983 against five Texas Department of Criminal Justice employees. A review of the Court's docket shows that plaintiff filed the same or substantially the same complaint against the five defendants on February 1, 2023, which remains pending in *Smith v. Collier*, C.A. No. 23-0352 (S.D. Tex.). The complaints appear to be duplicate handwritten copies.

This lawsuit is **DISMISSED WITHOUT PREJUDICE** as duplicative. Any and all pending motions are **DISMISSED AS MOOT**.

Signed at Houston, Texas, on _____FEB 0 3 2023_____.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE